

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00426-CR

| | | |
|---|---|---|
| Ex parte Rangie Shama Benjamin | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2012-07117-A) |
| | § | November 27, 2013 |
| | § | Opinion by Justice Gabriel |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel